UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Mark C. Richards

Case No.: 19-12621
Chapter: 7
Judge: JNP

## NOTICE OF PROPOSED ABANDONMENT

_Brian S. Thomas_, _Chapter 7 Trustee_ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Mitchell H. Cohen US Courthouse<br>401 Market Street<br>Camden, NJ 08101 |

If an objection is filed, a hearing will be held before the Honorable _Jerrold N. Poslusny, Jr._ on _05/28/19_ at _10_ a.m. at the United States Bankruptcy Court, Courtroom no. _4C_. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| | |
|---|---|
| Description and value of property: | 6 Sheffield Drive<br>Marlton, NJ<br>Value $116,084.00 |

| | |
|---|---|
| Liens on property: | Specialized Loan Services<br>$103,000.00<br>Oak Hollow Condo Association<br>$13,852.00 |

| | |
|---|---|
| Amount of equity claimed as exempt: | |

Objections must be served on, and requests for additional information directed to:

Name: Brian S. Thomas, Chapter 7 Trustee
Address: 327 Central Avenue, Suite 103, Linwood, NJ 08221
Telephone No.: 609-601-6066

_rev.8/1/15_

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 19-12621-JNP
Mark C Richards                                                                         Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin               Page 1 of 2              Date Rcvd: Apr 26, 2019
                              Form ID: pdf905           Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2019.
```
db              +Mark C Richards,    28 Narberth Road,    Southampton, NJ 08088-1305
cr               Kings Grant Open Space Association,    Marlton, NJ  08053
cr               Oak Hollow Condominium Association,    c/o Target Property Management,
                 2215 Old Marlton Pike East,    Suite A,    Marlton, NJ  08053
518016660       +AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,    Arlington, TX 76096-3853
518016663       +Denise Betham,    6 Sheffield Drive,    Marlton, NJ 08053-4205
518016664       +Kings Grant Open Space Association,    50 Landings Drive,    Marlton, NJ 08053-2832
518016666        Oak Hollow Condominium Association,    2215 Old Marlton Pike East,    Marlton, NJ 08053
518016667       +Oak Hollow Condominium Association,    c/o Shivers, Gosnay & Greatrex, LLC,    Cherry Hill Plaza,
                 1415 Rt 70 East, Suite 309,    Cherry Hill, NJ 08034-2210
518016669        Specialized Loan Services,    8742 Lucent Blvd Suite 300,    Littleton, CO 80129-2386
518016672       +Wells Fargo Bank,    Po Box 10335,    Des Moines, IA 50306-0335
518016673       +Wells Fargo Home Mortgage,    Attn: Bankruptcy,    Po Box 10335,    Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 27 2019 00:47:40     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 27 2019 00:47:32     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518016662       +E-mail/Text: clientrep@capitalcollects.com Apr 27 2019 00:48:48     CCS,    Attn: Bankruptcy,
                 Po Box 150,    West Berlin, NJ 08091-0150
518016661       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 27 2019 01:07:03     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518016665       +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 27 2019 00:48:35     Liberty Mutual,
                 c/o Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
518016668       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 27 2019 00:55:37
                 Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41021,    Norfolk, VA 23541-1021
518016670        E-mail/Text: appebnmailbox@sprint.com Apr 27 2019 00:47:29     Sprint,    PO Box 105243,
                 Atlanta, GA 30348-5243
518016671       +E-mail/PDF: gecsedi@recoverycorp.com Apr 27 2019 00:55:30     Synchrony Bank/ JC Penneys,
                 Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 8
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

___

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2019                                  Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2019 at the address(es) listed below:
```
              Andrew B. Finberg    on behalf of Debtor Mark C Richards andy@sjbankruptcylaw.com,
               abfecf@gmail.com;finbergar39848@notify.bestcase.com
              Brian  Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
               bthomas@ecf.axosfs.com
              Brian  Thomas    brian@brianthomaslaw.com, bthomas@ecf.axosfs.com
              Gary J. Zangerle    on behalf of Creditor   Kings Grant Open Space Association
               zangerle@ZangerleLaw.comcastbiz.net
              George C. Greatrex, Jr.    on behalf of Creditor   Oak Hollow Condominium Association
               ggreatrex@sgglawfirm.com, kmuchler@verizon.net
              Rebecca Ann Solarz    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
               HSI Asset Securitization Corporation Trust 2007-WF1, Mortgage Pass-Through Certificates, Series
               2007-WF1 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Apr 26, 2019
                              Form ID: pdf905          Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 7